**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  49TH JUDICIAL DISTRICT    :  No. 39 MM 2020
DECLARATION OF JUDICIAL         :
EMERGENCY (CENTRE COUNTY)   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of September, 2021, the Request for Emergency Judicial Order is GRANTED.

     The President Judge of the Court of Common Pleas of Centre County is AUTHORIZED to suspend any statewide rules that would limit the President Judge's authority to relocate temporarily jury selection from the Centre County courthouse to the Penn Stater Conference Center and Hotel.  The jurist shall have this authority through December 10, 2021.